

# In the Missouri Court of Appeals
# Eastern District

JANUARY 26, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED101928    NORMAN GILBERT, RES V AMY (WHITESIDE) GILBERT, APP

2.    ED102042 STATE OF MISSOURI, RES V DONRICO HOLMES, APP